A. J. Panagakos, trading as A. J. Panagakos & Company, appellee, v. George J. Cooke Company, appellant. Gen. No. 32,252.

Opinion filed March 29, 1928.

Brown, Brown & Brown, for appellant. McInerney & Power, for appellee.

Mr. Justice Holdom delivered the opinion of the court.